IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AUBREY MINOR,
　　　Petitioner,

vs.                                                    Case No.: 3:05cv441/MCR/EMT

JAMES R. McDONOUGH,
　　　Respondent.

_____/

## REPORT AND RECOMMENDATION

　　　This cause is before the court upon referral from the clerk.  Petitioner commenced this action by filing a habeas petition under 28 U.S.C. § 2254 (Doc. 1).  On February 23, 2006, this court entered an order directing Petitioner to file an amended petition within thirty (30) days (Doc. 11). Petitioner failed to respond to the order, therefore, on March 30, 2006, the court issued an order requiring Petitioner to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 12).  The time for compliance with the show cause order has now elapsed with no response from Petitioner.

　　　Accordingly, it is respectfully **RECOMMENDED**:

　　　That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

　　　At Pensacola, Florida, this 24th day of April 2006.


　　　　　　　　　　　　　　　　　/s/ *Elizabeth M. Timothy*
　　　　　　　　　　　　　　　　　**ELIZABETH M. TIMOTHY**
　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No: 3:05cv441/MCR/EMT