**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

AUBREY MINOR,
    Petitioner,

vs.                                      Case No.: 3:05cv441/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 24, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

    **DONE AND ORDERED** this 30th day of May, 2006.


                                                    *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS
                                                    UNITED STATES DISTRICT JUDGE**